# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| | | |
|---|---|---|
| In re: LARSON, BRENT | § | Case No. 11-28643 |
| LARSON, JESSICA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN W. RUPP, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $178,202.00
*(without deducting any secured claims)*

Assets Exempt: $4,040.00

Total Distribution to Claimants: $2,906.60

Claims Discharged
Without Payment: $40,665.29

Total Expenses of Administration: $5,318.50

3)  Total gross receipts of $      8,225.10      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2** ), yielded net receipts of  $8,225.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,318.50 | 5,318.50 | 5,318.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 519.25 | 519.25 | 519.25 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 43,052.64 | 43,052.64 | 2,387.35 |
| **TOTAL DISBURSEMENTS** | $0.00 | $48,890.39 | $48,890.39 | $8,225.10 |

4) This case was originally filed under Chapter 7 on June 10, 2011. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/17/2013            By: /s/STEPHEN W. RUPP
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Russian Mosin Nagant ($60) Smith & Wesson .40 ($ | 1129-000 | 775.00 |
| 2006 Acura TL Vehicle is owned by husbands paren | 1129-000 | 6,800.00 |
| Mini Scooter/Chopper Has never been licensed. No | 1129-000 | 200.00 |
| Adv. Pro. 11-02643 | 1249-000 | 450.00 |
| Interest Income | 1270-000 | 0.10 |
| **TOTAL GROSS RECEIPTS** | | **$8,225.10** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN W. RUPP | 2100-000 | N/A | 1,572.51 | 1,572.51 | 1,572.51 |
| STEPHEN W. RUPP | 2200-000 | N/A | 69.47 | 69.47 | 69.47 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| McKay, Burton & Thurman, PC | 3110-000 | N/A | 1,890.00 | 1,890.00 | 1,890.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.27 | 10.27 | 10.27 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Erkelens Olson Auctioneers | 3610-000 | N/A | 116.25 | 116.25 | 116.25 |
| Erkelens Olson Auctioneers | 3610-000 | N/A | 1,050.00 | 1,050.00 | 1,050.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,318.50 | $5,318.50 | $5,318.50 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Utah State Tax Commission | 5800-000 | N/A | 519.25 | 519.25 | 519.25 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $519.25 | $519.25 | $519.25 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | LEMS Law Office | 7100-000 | N/A | 476.74 | 476.74 | 26.45 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 791.56 | 791.56 | 43.89 |
| 4 | Western OB-Gyn | 7100-000 | N/A | 51.41 | 51.41 | 2.85 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 830.12 | 830.12 | 46.03 |
| 6 | Intermountain Healthcare | 7100-000 | N/A | 1,462.43 | 1,462.43 | 81.09 |
| 7 | Express Recovery Services | 7100-000 | N/A | 754.16 | 754.16 | 41.82 |
| 8 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | N/A | 3,842.52 | 3,842.52 | 213.07 |
| 9 | America First Federal Credit Union | 7100-000 | N/A | 23,424.19 | 23,424.19 | 1,298.92 |
| 10 | American Express Bank FSB | 7100-000 | N/A | 5,760.23 | 5,760.23 | 319.42 |
| 11 | American InfoSource LP as agent for | 7100-000 | N/A | 497.21 | 497.21 | 27.57 |
| 12 | American InfoSource LP as agent for | 7100-000 | N/A | 237.68 | 237.68 | 13.18 |
| 13 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 3,714.29 | 3,714.29 | 205.96 |
| 14 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 464.68 | 464.68 | 25.77 |
| 15 | ST MARK'S HOSPITAL | 7100-000 | N/A | 745.42 | 745.42 | 41.33 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $43,052.64 | $43,052.64 | $2,387.35 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| Case Number: 11-28643 | Trustee: (640030) STEPHEN W. RUPP |
| Case Name: LARSON, BRENT | Filed (f) or Converted to (c): 06/10/11 (f) |
| LARSON, JESSICA | §341(a) Meeting Date: 07/20/11 |
| Period Ending: 07/17/13 | Claims Bar Date: 06/13/12 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 14558 Pebble Rose Dr., Herriman UT 840 | 176,400.00 | 0.00 | | 0.00 | FA |
| 2 | America First Credit Union Account #7827 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Cyprus Credit Union Account #768 Checking ($1) S | 26.00 | 0.00 | | 0.00 | FA |
| 4 | Utah Community Credit Union Account #4996 Checki | 5.00 | 0.00 | | 0.00 | FA |
| 5 | US Bank Account #5608 Checking ($11) Savings ($5 | 16.00 | 0.00 | | 0.00 | FA |
| 6 | Utah Community Credit Union Account #5164 Checki | 15.00 | 0.00 | | 0.00 | FA |
| 7 | Food & Provisions (100) | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Microwave (5), Washer & Dryer (100), Refrigerato | 275.00 | 0.00 | | 0.00 | FA |
| 9 | Beds & Bedding (25) | 25.00 | 0.00 | | 0.00 | FA |
| 10 | Sofas (75), Bookcases (10), Kitchen Ware (30), S | 384.00 | 0.00 | | 0.00 | FA |
| 11 | TV (100), DVD Player (10), Video Game Player (35 | 294.00 | 0.00 | | 0.00 | FA |
| 12 | Books (20), Art (5), CD's (11), Video Games (35) | 162.00 | 0.00 | | 0.00 | FA |
| 13 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Jewelry (100) | 100.00 | 0.00 | | 0.00 | FA |
| 15 | Camping Gear (30), Golf Clubs (10), Balls (2), F | 82.00 | 0.00 | | 0.00 | FA |
| 16 | Russian Mosin Nagant ($60) Smith & Wesson .40 ($ | 345.00 | 0.00 | | 775.00 | FA |
| 17 | Tax Refund | 118.00 | 0.00 | | 0.00 | FA |
| 18 | 2006 Acura TL Vehicle is owned by husbands paren | 20,850.00 | 0.00 | | 6,800.00 | FA |
| 19 | Mini Scooter/Chopper Has never been licensed. No | 300.00 | 0.00 | | 200.00 | FA |
| 20 | Adv. Pro. 11-02643 Payment to Dismiss Adversary | 9,145.00 | 9,145.00 | | 450.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.10 | FA |
| 21 | Assets Totals (Excluding unknown values) | $208,842.00 | $9,145.00 | | $8,225.10 | $0.00 |

**Major Activities Affecting Case Closing:**

7/20/11 - Can't be sure what debtors have done re /06 Acura. At one point, suggests that parents are co-owners. At another point, suggests that parents are secured creditors, but lien may be unperfected, many issues. So - requested copy of title. Ends up the scheduled debt is not to normal lender, but to the parents. Besides possible unperfection, debtors have repaid parents $1,300 in last year. D also drives a Honda Shadow motorcyle. He says owned by Taylor Gourley. We want to confirm. Again, copy of title requested. D also has a "project," a 250 cc chopper scooter. Can't tell what we've got here. D says PP was $900. Direcdted debtor to

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-28643 | **Trustee:** (640030)   STEPHEN W. RUPP |
| **Case Name:** LARSON, BRENT | **Filed (f) or Converted (c):** 06/10/11 (f) |
| LARSON, JESSICA | **§341(a) Meeting Date:** 07/20/11 |
| **Period Ending:** 07/17/13 | **Claims Bar Date:** 06/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

deliver chopper and firearms to auctioneer. All this may be for naught. Take a look.

Filed Adv. Pro. 11-02643 denying debtors' discharge and money judgment of $9,145.00 (9/19/11).   10/29/12-swr to review and approve final. 1/31/13-Ready for Final. Final report hearing to be held 4/29/13.  Prepare distribution.  Waiting for checks to clear (5/8/13).

**Initial Projected Date Of Final Report (TFR):**     August 30, 2012          **Current Projected Date Of Final Report (TFR):**     March 21, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-28643 | | Trustee: | STEPHEN W. RUPP (640030) |
| Case Name: | LARSON, BRENT | | Bank Name: | The Bank of New York Mellon |
| | LARSON, JESSICA | | Account: | 9200-57625013-65 - Checking Account |
| Taxpayer ID #: | 38-7007369 | | Blanket Bond: | $84,384,262.00  (per case limit) |
| Period Ending: | 07/17/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/23/11 | | Erkelens Olson Auctioneers | Auction sale proceeds of 2006 Acura Tl and motorcycle frame & parts. | | 5,950.00 | | 5,950.00 |
| | {18} | | 6,800.00 | 1129-000 | | | 5,950.00 |
| | {19} | | 200.00 | 1129-000 | | | 5,950.00 |
| | | | -1,050.00 | 3610-000 | | | 5,950.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,925.00 |
| 12/07/11 | {20} | Brent Larson | Settlement proceeds re adversary proceeding. | 1249-000 | 450.00 | | 6,375.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,375.05 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,350.05 |
| 01/23/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2012 FOR CASE #11-28643 | 2200-000 | | 6.88 | 6,343.17 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 6,343.22 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,318.22 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,293.22 |
| 03/13/12 | | Erkelens Olson Auctioneers | Auction sale proceeds re guns. | | 658.75 | | 6,951.97 |
| | {16} | | 775.00 | 1129-000 | | | 6,951.97 |
| | | | -116.25 | 3610-000 | | | 6,951.97 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,926.97 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,901.97 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,876.97 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,851.97 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,826.97 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,801.97 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,776.97 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,751.97 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,726.97 |
| 12/10/12 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/10/2012 FOR CASE #11-28643 | 2200-000 | | 4.67 | 6,722.30 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,697.30 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001064003088 20130117 | 9999-000 | | 6,697.30 | 0.00 |

| | Subtotals : | $7,058.85 | $7,058.85 |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-28643 |
| **Case Name:** | LARSON, BRENT |
| | LARSON, JESSICA |
| **Taxpayer ID #:** | 38-7007369 |
| **Period Ending:** | 07/17/13 |

| | |
|---|---|
| **Trustee:** | STEPHEN W. RUPP (640030) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-57625013-65 - Checking Account |
| **Blanket Bond:** | $84,384,262.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 7,058.85 | 7,058.85 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,697.30 | |
| | | | **Subtotal** | | 7,058.85 | 361.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,058.85** | **$361.55** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-28643 | **Trustee:** STEPHEN W. RUPP (640030) |
| **Case Name:** LARSON, BRENT | **Bank Name:** Rabobank, N.A. |
| LARSON, JESSICA | **Account:** 5004444165 - Checking Account |
| **Taxpayer ID #:** 38-7007369 | **Blanket Bond:** $84,384,262.00 (per case limit) |
| **Period Ending:** 07/17/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,697.30 | | 6,697.30 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.27 | 6,687.03 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,677.03 |
| 05/08/13 | 11003 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 6,427.03 |
| 05/08/13 | 11004 | McKay, Burton & Thurman, PC | Dividend paid 100.00% on $1,890.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,890.00 | 4,537.03 |
| 05/08/13 | 11005 | Utah State Tax Commission | Dividend paid 100.00% on $519.25; Claim# 1; Filed: $519.25; Reference: | 5800-000 | | 519.25 | 4,017.78 |
| 05/08/13 | 11006 | LEMS Law Office | Dividend paid 5.54% on $476.74; Claim# 2; Filed: $476.74; Reference: | 7100-000 | | 26.45 | 3,991.33 |
| 05/08/13 | 11007 | Capital One Bank (USA), N.A. | Dividend paid 5.54% on $791.56; Claim# 3; Filed: $791.56; Reference: 0039 | 7100-000 | | 43.89 | 3,947.44 |
| 05/08/13 | 11008 | Quantum3 Group LLC as agent for | Dividend paid 5.54% on $830.12; Claim# 5; Filed: $830.12; Reference: 0677 | 7100-000 | | 46.03 | 3,901.41 |
| 05/08/13 | 11009 | Intermountain Healthcare | Dividend paid 5.54% on $1,462.43; Claim# 6; Filed: $1,462.43; Reference: 24921150 | 7100-000 | | 81.09 | 3,820.32 |
| 05/08/13 | 11010 | Express Recovery Services | Dividend paid 5.54% on $754.16; Claim# 7; Filed: $754.16; Reference: 3658234 | 7100-000 | | 41.82 | 3,778.50 |
| 05/08/13 | 11011 | Bureaus Investment Group Portfolio No 15 LLC | Dividend paid 5.54% on $3,842.52; Claim# 8; Filed: $3,842.52; Reference: 4531 | 7100-000 | | 213.07 | 3,565.43 |
| 05/08/13 | 11012 | America First Federal Credit Union | Dividend paid 5.54% on $23,424.19; Claim# 9; Filed: $23,424.19; Reference: 7827 | 7100-000 | | 1,298.92 | 2,266.51 |
| 05/08/13 | 11013 | American Express Bank FSB | Dividend paid 5.54% on $5,760.23; Claim# 10; Filed: $5,760.23; Reference: 1000 | 7100-000 | | 319.42 | 1,947.09 |
| 05/08/13 | 11014 | American InfoSource LP as agent for | Dividend paid 5.54% on $497.21; Claim# 11; Filed: $497.21; Reference: 3503 | 7100-000 | | 27.57 | 1,919.52 |
| 05/08/13 | 11015 | American InfoSource LP as agent for | Dividend paid 5.54% on $237.68; Claim# 12; Filed: $237.68; Reference: 1701 | 7100-000 | | 13.18 | 1,906.34 |
| 05/08/13 | 11016 | PYOD, LLC its successors and assigns as assignee | Dividend paid 5.54% on $3,714.29; Claim# 13; Filed: $3,714.29; Reference: 1766 | 7100-000 | | 205.96 | 1,700.38 |
| 05/08/13 | 11017 | PYOD, LLC its successors and assigns as assignee | Dividend paid 5.54% on $464.68; Claim# 14; Filed: $464.68; Reference: 7168 | 7100-000 | | 25.77 | 1,674.61 |
| 05/08/13 | 11018 | ST MARK'S HOSPITAL | Dividend paid 5.54% on $745.42; Claim# 15; Filed: $745.42; Reference: 2868 | 7100-000 | | 41.33 | 1,633.28 |
| 05/08/13 | 11019 | STEPHEN W. RUPP | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND | | | 1,630.43 | 2.85 |
| | | | Subtotals : | | $6,697.30 | $6,694.45 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-28643 |
| **Case Name:** | LARSON, BRENT |
| | LARSON, JESSICA |
| **Taxpayer ID #:** | 38-7007369 |
| **Period Ending:** | 07/17/13 |

| | |
|---|---|
| **Trustee:** | STEPHEN W. RUPP (640030) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | 5004444165 - Checking Account |
| **Blanket Bond:** | $84,384,262.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | INTEREST | | | | |
| | | | Dividend paid 100.00%        1,572.51<br>on $1,572.51;  Claim# ;<br>Filed: $1,572.51 | 2100-000 | | | 2.85 |
| | | | Dividend paid 100.00%           57.92<br>on $69.47;  Claim# ;<br>Filed: $69.47 | 2200-000 | | | 2.85 |
| 05/08/13 | 11020 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 2.85 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,697.30 | 6,697.30 | $0.00 |
| | | | Less: Bank Transfers | | 6,697.30 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,697.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $6,697.30 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-57625013-65** | 7,058.85 | 361.55 | 0.00 |
| **Checking # 5004444165** | 0.00 | 6,697.30 | 0.00 |
| | $7,058.85 | $7,058.85 | $0.00 |